**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   STATE OF CALIFORNIA, et al.

10          Plaintiffs,                      No. C 05-00328 JSW

11      v.                                   **ORDER SETTING BRIEFING
                                             SCHEDULE ON MOTION TO
12  UNITED STATES OF AMERICA, et al.         INTERVENE**

13          Defendants.
                                        /
14  _____

15          This matter is set for hearing on October 14, 2005, on the motion to intervene filed by

16  the Christian Medical Association, the American Association of Pro-Life Obstetricans and

17  Gynecologists, and the Fellowship of Christian Physician Assistants.  The Court HEREBY

18  ORDERS that any opposition shall be due on August 12, 2005, and movants' replies, if any,

19  shall be due on August 19, 2005.

20          If the Court determines that the matter is suitable for resolution without oral argument, it

21  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22  schedule, they may submit for the Court's consideration a stipulation and proposed order

23  demonstrating good cause for any modification requested.

24          **IT IS SO ORDERED.**

25

26  Dated:  July 28, 2005                    _____
                                            JEFFREY S. WHITE
27                                          UNITED STATES DISTRICT JUDGE

28