IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.

    Defendants.

No. C 05-00328 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE**

This matter is set for hearing on October 14, 2005, on the motion to intervene filed by the Alliance for Catholic Healthcare, filed on August 10, 2005. The Court HEREBY ORDERS that any opposition shall be due on August 26, 2005, and movant's reply, if any, shall be due on September 2, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 11, 2005

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE