IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                             Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br><br>                             Defendants. | CASE NO. C 05 00328 JSW<br><br>[~~PROPOSED~~]<br><br>ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO INTERVENE |

Upon consideration of the Stipulation to Modify Briefing Schedule on Motion to Intervene submitted by the parties, and good cause appearing therefore, this Court hereby ORDERS that the briefing schedule on the motion to intervene filed by the Christian Medical Association, the American Association of Pro-Life Obstetricians and Gynecologists, and the Fellowship of Christian Physician Assistants is modified as follows:

1. any opposition to the motion to intervene shall be filed on or before August 19, 2005, and

2. movants' replies, if any, shall be filed on or before August 26, 2005.

**IT IS SO ORDERED.**

Dated: August 12, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order Modifying Briefing Schedule on Motion to Intervene        State of California, et al. v. United States, et al.
                                                                                Case No. C 05 00328 JSW

1