E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, ex rel. Bill Lockyer, in his official capacity as Attorney General
    Plaintiff(s),

v.

United States of America; United States Department of Labor
    Defendant(s).

CASE NO. C-05-00328-JSW

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

M. Casey Mattox (#47148)_____, an active member in good standing of the bar of Virginia_____, whose business address and telephone number is _4208 Evergreen Lane Suite, 222, Annandale, VA, 22003 (703) 642-1070 ext. 3502_____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant- Intervenors CMA, et al.,_____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8-26-05

_____
Hon. Jeffrey S. White
United States District Judge