**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendant.<br>_____/ | No. C 05-00328 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

    Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the parties' current discovery dispute filed on October 20, 2005 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: October 27, 2005

                                                                         _____<br>
                                                                         JEFFREY S. WHITE<br>
                                                                         UNITED STATES DISTRICT JUDGE

cc: Wings Hom