IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | No. C 05-0328 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR DEFENDANT TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW** |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Upon review of the parties' joint discovery dispute letter, filed October 10, 2005, the Court finds an *in camera* review appropriate for the documents Defendant claims are privileged. Accordingly, the Court hereby ORDERS Defendant to submit the disputed documents for *in camera* review no later than November 9, 2005.

**IT IS SO ORDERED.**

Dated: November 3, 2005

MARIA-ELENA JAMES
United States Magistrate Judge