IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | No. C 05-0328 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER GRANTING DEFENDANTS' REQUEST TO PERMIT TELEPHONIC MEET AND CONFER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

The Court is in receipt of Defendants' request to permit telephonic discussions to satisfy the meet and confer requirement for discovery disputes in this matter. Good cause appearing, the Court hereby GRANTS Defendants' request. However, should it become apparent that the parties are not complying with the spirit of the meet and confer requirement, they shall be required to meet and confer in person for any further disputes.

**IT IS SO ORDERED.**

Dated: November 10, 2005

MARIA-ELENA JAMES
United States Magistrate Judge