BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
LOUIS VERDUGO, JR.
Senior Assistant Attorney General
ANGELA SIERRA
Supervising Deputy Attorney General
TIMOTHY M. MUSCAT (SB 148944)
ANTONETTE B. CORDERO (SB 122112)
Deputy Attorneys General
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 897-2038
  Fax: (213) 897-7605

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. BILL LOCKYER, in his official capacity as Attorney General of the State of California; and JACK O'CONNELL, in his official capacity as the State Superintendent of Public Instruction,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF LABOR; ELAINE CHAO, in her official capacity as the Secretary of Labor; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MICHAEL O. LEAVITT, in his official capacity as the Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF EDUCATION; and MARGARET SPELLINGS, in her official capacity as the Secretary of Education,**<br><br>Defendants. | CASE NO. C 05 00328 JSW (MEJ)<br><br>**STIPULATION AND ORDER** |

Pursuant to this Court's June 24, 2005 civil minute order, all discovery in this case shall close on November 30, 2005. In addition to including a close of discovery date, the civil minute

order also contains a briefing schedule for the cross-motions for summary judgment. Pursuant to this schedule, Plaintiffs' opening motion is presently due on January 13, 2006. Defendants' opposition and opening cross-motion is due on January 27, 2006. Plaintiffs' opposition to the cross-motion and reply is due on February 10, 2006. Defendants' reply to the cross-motion is due on February 24, 2006. Finally, the civil minute order sets a last day to hear dispositive motions. This date is presently set for March 17, 2006 at 9:00 a.m.

The parties stipulate, and hereby request this Court, to extend the discovery deadline for depositions only, and all of the above-described due dates for briefs and motions by thirty days. Good cause exists for this request because this extension provides the parties with time to attempt to resolve discovery disputes regarding three notices of depositions that plaintiffs have served on defendants. These depositions were originally scheduled to take place on November 9 and 10, 2005. Defendants requested plaintiffs to take these depositions off-calendar in order to allow defendants an opportunity to file a motion to quash the depositions. Plaintiffs agreed to defendants' request, so long as defendants agreed to continue the deadline for conducting depositions and the above-described dates for briefs and motions in the June 24, 2005 civil minute order by a minimum of thirty days.

If plaintiffs had refused defendants' request, then the defendants would have been unable to comply with all of this Court's meet-and-confer requirements prior to filing a motion to quash the scheduled depositions on November 9 and 10, 2005. The parties have conducted two telephonic meet-and-confer conferences regarding these depositions. While these meet-and-confer conferences have not resolved all of the discovery issues regarding the three notices of depositions, the issues in dispute have been narrowed. The parties intend to submit a joint letter brief to the assigned magistrate on the remaining disputed issues regarding these depositions within the next few days. By amending the June 24, 2005 civil minute order pursuant to this stipulation, the Court will provide the magistrate with the opportunity to resolve these discovery disputes prior to the time that plaintiffs will be required to take the depositions (if allowed) before the expiration of the discovery cut-off date. Finally, this stipulation would also provide the parties with sufficient time to draft their cross-motions for summary judgment after

completing discovery. Accordingly, good cause exists to extend the following dates in this Court's June 24, 2005 civil minute order as follows:

    Close of deposition discovery: December 30, 2005.

    Close of ALL OTHER discovery: November 30, 2005.

    Last day to HEAR dispositive motions: April 14, 2006 ~~(To be Announced by the Court)~~.

    Briefing Schedule for dispositive motions as follows:

        Plaintiffs' opening motion: February 13, 2006.

        Defendants' opposition and opening cross-motion: February 27, 2006.

        Plaintiffs' opposition to cross-motion and reply on first motion: March 10, 2006.

        Defendants' reply on cross-motion: March 24, 2006.

    Further Case Management Conference: On the date set for the hearing on the cross-motions for summary judgment, immediately following that hearing.

| **Attorneys for Plaintiffs** | BILL LOCKYER<br>Attorney General of the State of California<br>TOM GREENE<br>Chief Assistant Attorney General<br>LOUIS VERDUGO, JR.<br>Senior Assistant Attorney General<br>ANGELA SIERRA<br>Supervising Deputy Attorney General<br>ANTONETTE B. CORDERO<br>Deputy Attorney General |
|---|---|
| Dated: 11-22-05 | By: _[signature]_<br>TIMOTHY M. MUSCAT (CA SBN 148944)<br>Deputy Attorney General |

///
///
///
///
///
///
///
///

[Stipulation and Order]          [State of California, et al. v. United States, et al.]
Case No. C 05 00328 JSW

3

| | | |
|---|---|---|
| 1 | Attorneys for Defendants | PETER D. KEISLER |
| 2 | | Assistant Attorney |
| 3 | | SHEILA M. LIEBER |
| 4 | | Deputy Branch Director |

Dated: 11/21/05         By: /s/ James J. Gilligan

JAMES J. GILLIGAN (D.C. Bar No. 422152)
ELBERT LIN (MA Bar No. 657901)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

IT IS SO ORDERED.

Dated: November 23, 2005         /s/ Jeffrey S. White

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[Stipulation and Order]                    [State of California, et al. v. United States, et al.]
                                                              Case No. C 05 00328 JSW

4