```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  TOM GREENE
    Chief Assistant Attorney General
 3  LOUIS VERDUGO, JR.
    Senior Assistant Attorney General
 4  ANGELA SIERRA
    Supervising Deputy Attorney General
 5  TIMOTHY M. MUSCAT (SB 148944)
    ANTONETTE B. CORDERO (SB 122112)
 6  Deputy Attorneys General
      300 South Spring Street
 7    Los Angeles, CA 90013
      Telephone: (213) 897-2038
 8    Fax: (213) 897-7605

 9  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. BILL LOCKYER, in his official capacity as Attorney General of the State of California; and JACK O'CONNELL, in his official capacity as the State Superintendent of Public Instruction, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF LABOR; ELAINE CHAO, in her official capacity as the Secretary of Labor; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MICHAEL O. LEAVITT, in his official capacity as the Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF EDUCATION; and MARGARET SPELLINGS, in her official capacity as the Secretary of Education, <br><br> Defendants. | C 05 00328 JSW (MEJ) <br><br> **STIPULATION AND ORDER** |

On November 23, 2005, the Court signed a Stipulation and Order extending the final date to complete deposition discovery in this case to December 30, 2005. In addition, the

1  Stipulation and Order also reset the briefing schedule for cross-motions for summary judgment.
2  Pursuant to that schedule, Plaintiffs' opening motion is presently due on February 13, 2006.
3  Defendants' opposition and opening cross-motion is due on February 27, 2006 and Plaintiffs'
4  opposition to the cross-motion and reply is due on March 10, 2006. Defendants' reply to the
5  cross-motion is due on March 24, 2006. Finally, the Stipulation and Order sets April 14, 2006,
6  as the last day to hear dispositive motions.

7  The parties stipulate, and hereby request this Court, to extend the discovery deadline for
8  depositions only, and all of the above-described due dates for briefs and motions for 60 days.
9  Good cause exists for this request because Plaintiffs have served notices of deposition, in
10 response to which Defendants have sought a protective order. The dispute was submitted to the
11 magistrate judge assigned to this matter on November 28, 2005. On December 19, 2005, the
12 magistrate judge issued an order partially granting and partially denying the defendants'
13 requested protective order. However, at this point it would not be possible for the Defendants to
14 identify and prepare deposition witnesses and for Plaintiffs to take their depositions by the
15 present December 30, 2005 deadline. Further, lead counsel for the Plaintiffs has an appellate
16 argument scheduled in early January and lead counsel for the defendants currently plans to be out
17 of the office from December 27 through December 30. Moreover, during the holiday season
18 other counsel and potential witnesses may be unavailable due to family commitments and
19 holiday plans. As a consequence, the parties stipulate to and request an extension of the cut-off
20 date for deposition discovery in this case to February 28, 2006.

21 By amending the November 23, 2005, Stipulation and Order pursuant to this stipulation, the
22 Court will provide time for the parties to complete this case's permitted depositions pursuant to
23 the magistrate judge's December 19, 2005 order. This stipulation will ensure that neither party
24 will be prejudiced by their mutual decision to present their deposition disputes to the magistrate
25 judge prior to conducting this case's depositions. Finally, this stipulation would also provide the
26 parties with sufficient time to draft their cross-motions for summary judgment after completing
27 discovery. Accordingly, good cause exists to extend the following dates as set forth below:
28     Close of deposition discovery:    February 28, 2006.

[Stipulation and Order]      State of California, et al. v. United States of America, et al.
C 05 00328 JSW

1  Close of ALL OTHER discovery: Closed.
2  Last day to HEAR dispositive motions: June 16, 2006   ~~(To be announced by the Court)~~.
3  Briefing Schedule for dispositive motions as follows:
4  Plaintiffs' motion for summary judgment:   April 14, 2006.
5  Defendants' opposition and cross-motion for summary judgment:   April 28, 2006.
6  Plaintiffs' opposition to cross-motion and reply on first motion:   May 9, 2006.
7  Defendants' reply on cross-motion:   May 23, 2006.
8  Further Case Management Conference:   On the date set for the hearing on the cross-motions for summary judgment, immediately following that hearing.

**Attorneys for Plaintiffs**

BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
LOUIS VERDUGO, JR.
Senior Assistant Attorney General
ANGELA SIERRA
Supervising Deputy Attorney General
ANTONETTE B. CORDERO
Deputy Attorney General

Dated: -20-05     By: _____
TIMOTHY M. MUSCAT (CA SBN 148944)
Deputy Attorney General

**Attorneys for Defendants**

PETER D. KEISLER
Assistant Attorney
SHEILA M. LIEBER
Deputy Branch Director

Dated: 12/20/05     By: _____
JAMES J. GILLIGAN (D.C. Bar No. 422152)
ELBERT LIN (MA Bar No. 657901)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

IT IS SO ORDERED.

Dated: December 22, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[Stipulation and Order]     State of California, et al. v. United States of America, et al.
C 05 00328 JSW