```
 1   MARGARET CROSBY (SBN 56812)
     AMERICAN CIVIL LIBERTIES UNION OF
 2        NORTHERN CALIFORNIA, INC.
     39 Drumm Street
 3   San Francisco, CA 94111
     Telephone:  (415) 621-2493
 4   Facsimile:  (415) 255-1478

 5
     Bingham McCutchen LLP
 6   BETH H. PARKER (SBN 104773)
     Three Embarcadero Center
 7   San Francisco, CA  94111-4067
     Telephone:  (415) 393-2000
 8   Facsimile:  (415) 393-2286

 9   Attorneys for Amici Curiae California Medical
     Association and Planned Parenthood Affiliates of
10   California

11

12
                         UNITED STATES DISTRICT COURT
13
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
```

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　Defendants. | Civil Case No.:  C-05-00328 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF** |

The Court has considered the Motion by the California Medical Association ("CMA") and Planned Parenthood Affiliates of California ("PPAC") for Leave to File an Amicus Brief in support of Plaintiffs' Motion for Summary Judgment.

Having considered the matter, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion for Leave to File an Amicus Brief by CMA and PPAC is GRANTED.

If Defendants wish to file a substantive response to the Amicus Brief, they may do so by no later than 12:00 p.m. on June 9, 2006. Any such response shall not exceed fifteen pages. This matter remains on calendar for hearing on June 23, 2006

IT IS SO ORDERED.

Dated: May 30, 2006

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF
CIVIL CASE NO.: C-05-00328 JSW

SF/21670577.1