IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, et al.

    Defendants.

No. C 05-00328 JSW

**ORDER UPON REMAND**

In light of the Ninth Circuit's opinion reversing this Court's order denying the motions to intervene filed by Christian Medical Association, the American Association of Pro-Life Obstetricans and Gynecologists, and the Fellowship of Christian Physician Assistants ("Medical Groups") and by Alliance for Catholic Healthcare ("Alliance"), the Court HEREBY ORDERS the following:

(1) The Medical Groups and the Alliance are GRANTED leave to intervene as defendants in this matter;

(2) The hearing on the pending cross-motions for summary judgment currently scheduled for June 23, 2006 is VACATED;

(3) The Court shall conduct a further case management conference on June 23, 2006 at 1:30 p.m. The parties, including the Medical Groups and the Alliance, shall file a joint case management conference statement by no later than June 19, 2006 addressing the Ninth Circuit's directive that this Court "take all reasonable steps to put the new parties on equal footing with the original parties." In particular, the parties shall address: (a) how much time, if any, the Medical Groups and the

Alliance need to conduct discovery; (b) whether the Medical Groups and the Alliance seek to file briefs in response to the currently pending motions for summary judgment or to file an entirely new motion(s); and (c) the timing of the revised briefing schedule and hearing.  While the Court wishes to provide the parties, including the Medical Groups and the Alliance, an opportunity to address the legal issues in this case, the Court does not want repetitive or duplicative briefing.

**IT IS SO ORDERED.**

Dated: June 9, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE