```
 1  PETER D. KEISLER
    Assistant Attorney General
 2
    SHEILA M. LIEBER
 3  Deputy Branch Director

 4  JAMES J. GILLIGAN (D.C. Bar No. 422152)
    Assistant Director
 5  United States Department of Justice
    Civil Division, Federal Programs Branch
 6  P.O. Box 883
    Washington, D.C.  20044
 7  (202) 514-3358
    (202) 616-8470 (fax)
 8
    Attorneys for Defendants
 9
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> THE ALLIANCE OF CATHOLIC HEALTH CARE, <br><br> Intervenor-Defendants, <br> and <br><br> THE CHRISTIAN MEDICAL ASSOCIATION, et al., <br><br> Intervenor-Defendants. | Case No. C-05-00328-JSW-MEJ <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE:  EXTENSION OF DISCOVERY DEADLINE** |

WHEREAS, pursuant to the Court's Civil Minute Order dated June 23, 2006, following the intervention as defendants by the Alliance of Catholic Health Care (the "Alliance") and the Christian Medical Association, American Association of Pro-Life Obstetricians and Gynecologists, and Fellowship of Christian Physician Assistants (collectively, the "Medical Groups"), discovery in this case was re-opened for 90 days, until September 21, 2006;

Stipulation and ~~Proposed~~ Order re:  Extension of Discovery Deadline
Case No. C-05-00328 JSW

1  WHEREAS, on August 24, 2006, the intervenor-defendants jointly noticed the
2  depositions of Bill Lockyer, Attorney General of the State of California, and Brenda Klutz,
3  Deputy Director of Licensing and Certification with the California Department of Health
4  Services, to take place on September 13, 2006;

5  WHEREAS, plaintiffs object to the notice of Mr. Lockyer's deposition, and seek a
6  protective order quashing the intervenor-defendants' notice;

7  WHEREAS, the plaintiffs and the intervenor-defendants submitted a joint letter brief to
8  Magistrate Judge James on September 5, 2006, setting forth their dispute concerning the
9  deposition of Mr. Lockyer, and seeking a resolution thereof;

10  WHEREAS, because Magistrate Judge James has not yet ruled on this dispute, the parties
11  are in agreement that the date of Mr. Lockyer's deposition (if any), now noticed for September
12  13, 2006, should be re-scheduled to October 4, 2006, to allow additional time for the Court to
13  rule on the plaintiffs' request for a protective order;

14  WHEREAS, counsel for the United States and the Medical Groups are located in the
15  Washington, D.C., metropolitan area, and do not wish to expend the time and resources
16  necessary travel to Sacramento, California, for the deposition of Ms. Klutz on September 13,
17  2006, if it will become necessary to travel again to Sacramento on October 4, 2006, for the
18  deposition of Mr. Lockyer; and

19  WHEREAS, the parties are in agreement, therefore, that the date of Ms. Klutz's
20  deposition, now noticed for September 13, 2006, should also be re-scheduled to October 4, 2006:

22  IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:

24  1.  The deadline for discovery in this matter shall be extended until October 4, 2006, for the sole purpose of taking on that date (i) the deposition of Brenda Klutz, Deputy Director of Licensing and Certification with the California Department of Health Services, and (ii) if so ordered by the Court, the deposition of Bill Lockyer, Attorney General of California.

      2.    If the parties are unable to resolve a good faith discovery dispute arising during the course of the depositions, the parties shall follow the requirements of Magistrate Judge James' standing order regarding such discovery disputes.  If Judge James orders either of the deponents to provide responses to questions he or she refused to answer at the deposition on advice of counsel, the deposition may resume for that purpose after October 4, 2006, on a date mutually acceptable to the parties and within a time frame acceptable to the Court.

      3.    Nothing herein shall alter the briefing schedule established by the Court's June 23, 2006, Civil Minute Order.

Seen and agreed to:

| | |
|---|---|
| _____ | _____ |
| JAMES F. SWEENEY<br>STEPHEN R. McCUTCHEON<br>Sweeney & Greene<br>8001 Folsom Boulevard<br>Suite 101<br>Sacramento, California  95826 | STEVEN H. ADEN<br>CASEY MATTOX<br>Center for Law and Religious Freedom<br>8001 Braddock Road<br>Suite 300<br>Springfield, Virginia  22151 |
| Telephone:  (916) 388-5170 | Telephone: (703) 642-1070 |
| Attorneys for Intervenor-Defendant Alliance of Catholic Health Care | Attorneys for Intervenor-Defendants Christian Medical Association, American Association of Pro-Life Obstetricians and Gynecologists, and Fellowship of Christian Physician Assistants |

|   |   |
|---|---|
| ANTONETTE B. CORDERO (SB 122112)<br>Deputy Attorney General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, California  90013<br><br>Telephone: (213) 897-2039 | JAMES J. GILLIGAN<br>(DC Bar No. 422152)<br>Assistant Director<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C.  20044<br><br>Telephone: (202) 514-3358 |
| TIMOTHY M. MUSCAT<br>Deputy Attorney General<br>California Department of Justice<br>1300 I Street<br>Suite 125<br>Sacramento, California  94244<br><br>Telephone: (916) 324-2898 | Attorney for Defendants United States of America, <u>et al</u>. |

Attorney for Plaintiffs State of California, <u>et al</u>.

    So ORDERED this __18__ day of September, 2006.

                                        _____<br>
                                        HON. JEFFREY S. WHITE<br>
                                        UNITED STATES DISTRICT JUDGE