United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.

Defendant.
_____________________________________/

No. C 05-00328 JSW

**ORDER DENYING OBJECTION AND AFFIRMING THE DISCOVERY ORDER**

Now before the Court are the objections filed by defendant-intervenors Christian Medical Association, the American Association of Pro-Life Obstetricans and Gynecologists, the Fellowship of Christian Physician Assistants, and by Alliance of Catholic Healthcare (collectively "Defendant-Intervenors") to Magistrate Judge Maria-Elena James' Discovery Order dated September 12, 2006 (the "Discovery Order"). Having carefully reviewed Defendant-Intervenors' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Defendant-Intervenors' objections and AFFIRMS the Discovery Order.

The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that the Judge James' ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendant-Intervenors' Objections and AFFIRMS the Discovery Order dated September 12, 2006.

**IT IS SO ORDERED.**

Dated: September 29, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California