1  PETER D. KEISLER
   Assistant Attorney General
2
   SHEILA M. LIEBER
3  Deputy Branch Director

4  JAMES J. GILLIGAN (D.C. Bar No. 422152)
   Assistant Director
5  United States Department of Justice
   Civil Division
6  Federal Programs Branch
   P.O. Box 883
7  Washington, D.C.  20044
   (202) 514-3358
8  (202) 616-8470 (fax)

9  Attorneys for Defendants

10          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
11             (San Francisco Division)

12  ┌─────────────────────────────────────
    STATE OF CALIFORNIA, et al.,          )
13                                         )
                  Plaintiffs,              )
14                                         )
          v.                               )
15                                         )
    UNITED STATES OF AMERICA,              )
16      et al.,                            )
                                           )    Case No. C-05-00328-JSW-MEJ
17                Defendants,              )
                                           )    STIPULATION AND ~~PROPOSED~~
18  THE ALLIANCE OF CATHOLIC               )    ORDER RE:  NOTICE OF
        HEALTH CARE,                       )    SUPPLEMENTAL AUTHORITY
19                                         )
                  Intervenor-Defendants,   )
20      and                                )
                                           )
21  THE CHRISTIAN MEDICAL                  )
        ASSOCIATION, et al.,               )
22                                         )
                  Intervenor-Defendants.   )
23  ─────────────────────────────────────

24          WHEREAS, the Court inquired at the hearing of this matter on January 12, 2007,

25  regarding the status of appropriations for the remainder of the 2007 fiscal year, and the

26  expiration date of the continuing resolutions pursuant to which the Weldon Amendment then

27  remained in effect; and

28

    Stipulation and ~~Proposed~~ Order re:  Notice of Supplemental Authority
    Case No. C-05-00328 JSW

1    WHEREAS, appropriations legislation for the remainder of the 2007 fiscal year was

2  enacted on February 15, 2007; and

3    WHEREAS, the parties are in agreement that the Court should be apprised of the

4  legislative status of the Weldon Amendment under the recently enacted appropriations

5  legislation:

6    IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:

7

8    The federal defendants may submit the attached Notice of Supplemental Authority for

     filing in this action.

9

10   Seen and agreed to:

11

12   _____        _____
     ANTONETTE B. CORDERO (SB 122112)        JAMES J. GILLIGAN
13   Deputy Attorney General                 (DC Bar No. 422152)
     California Department of Justice         Assistant Director
14   300 South Spring Street                  United States Department of Justice
     Los Angeles, California 90013            Civil Division
15                                            Federal Programs Branch
     Telephone: (213) 897-2039               P.O. Box 883
16                                            Washington, D.C. 20044
     Attorney for Plaintiffs State of California, et
17   al.                                      Telephone: (202) 514-3358

18                                            Attorney for Defendants United States of
                                              America, et al.
19

20

21   _____        _____
     JAMES F. SWEENEY                         STEVEN H. ADEN
22   STEPHEN R. McCUTCHEON                     CASEY MATTOX
     Sweeney & Greene                         Center for Law and Religious Freedom
23   8001 Folsom Boulevard                    8001 Braddock Road
     Suite 101                                Suite 300
24   Sacramento, California 95826             Springfield, Virginia 22151

25   Telephone: (916) 388-5170               Telephone: (703) 642-1070

26   Attorneys for Intervenor-Defendant Alliance    Attorneys for Intervenor-Defendants
     of Catholic Health Care                 Christian Medical Association, American
27                                            Association of Pro-Life Obstetricians and
                                              Gynecologists, and Fellowship of Christian
28                                            Physician Assistants

Stipulation and ~~Proposed~~ Order re: Notice of Supplemental Authority
Case No. C-05-00328 JSW                                                              -2-

So ORDERED this ___1___ day of ___March_____, 2007.

<br/>

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

PETER D. KEISLER
Assistant Attorney General

SHEILA M. LIEBER
Deputy Branch Director

JAMES J. GILLIGAN (D.C. Bar No. 422152)
Assistant Director
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
(202) 514-3358
(202) 616-8470 (fax)

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| STATE OF CALIFORNIA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES OF AMERICA, et al., ) | Case No. C-05-00328-JSW-MEJ |
| Defendants, ) | **FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| THE ALLIANCE OF CATHOLIC HEALTH CARE, ) | Hon. Jeffrey S. White |
| Intervenor-Defendants, ) and ) | |
| THE CHRISTIAN MEDICAL ASSOCIATION, et al., ) | |
| Intervenor-Defendants. ) | |

The federal defendants respectfully submit this Notice of Supplemental Authority to apprise the Court of the current legislative status of the Weldon Amendment.

As the federal defendants observed previously, see Federal Defendants' Reply to Plaintiffs' Opposition to Intervenor-Defendants' Motions for Summary Judgment (Dkt. No. 116) at 1 n. 2, the Weldon Amendment, initially enacted as an appropriations provision in November

2004, was re-enacted in December 2005 as § 508(d), Title V, of the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2006, Pub. L. 109-149, 119 Stat. 2833, 2879-80 (the "2006 Labor, Health, and Education Appropriations Act").  That act expired on September 30, 2006, but the Weldon Amendment remained in effect by virtue of continuing resolutions enacted on September 29, 2006, Pub. L. 109-289, Div. B, §§ 101(a)(6), 103, 106, 120 Stat. 1257, 1311-13; on November 15, 2006, H.J. Res. 100, 152 Cong. Rec. H8653-01, 152 Cong. Rec. S10954-01; and on December 8, 2006, H.J. Res. 102, 152 Cong. Rec. H9155-01, H9158, 152 Cong. Rec. S11645-01.

The last of these continuing resolutions expired by its terms on February 15, 2007, see H.J. Res. 102, 152 Cong. Rec. H915-01, H9156, but the Weldon Amendment now remains in effect under the Revised Continuing Appropriations Resolution, 2007, Pub. L. 110-5, 121 Stat. 8 (the "2007 Revised Appropriations Resolution") (relevant excerpts attached), enacted by Congress on February 14, 2007, 153 Cong. Rec. S1953-01; see 153 Cong. Rec. H1071-03, H1112-13, and signed into law by the President on February 15, see 2007 WL 482677. Specifically, the 2007 Revised Appropriations Resolution amends Division B of Public Law 109-289 (the September 29, 2006 continuing resolution, see supra), to extend the appropriations made under the 2006 Labor, Health, and Education Appropriations Act (among others) through September 30, 2007.  Pub. L. 110-5, § 2, 121 Stat. 8, 9 (amended Pub. L. 109-289, Div. B, §§ 101(a)(5), 106).  By the express terms of the continuing resolution, as amended by the 2007 Revised Appropriations Resolution, these appropriations "shall be made available to the extent and in the manner" provided in the 2006 Labor, Health, and Education Appropriations Act, and the "requirements, . . . conditions [and] limitations of [that Act] . . . shall [also] continue in effect" through September 30.  Id. (amended Pub. L. 109-289, Div. B, §§ 102, 104).

Thus, the Weldon Amendment, as a condition and limitation on federal funds made available under the 2006 Labor, Health, and Education Appropriations Act, continues in effect, by the terms of the 2007 Revised Appropriations Resolution, until the end of Fiscal Year 2007.

1   Dated: February 28, 2007

2

3                                 Respectfully submitted,

4   Of Counsel:                  PETER D. KEISLER
                                   Assistant Attorney General

5   STEPHEN H. FREID
  Acting Assistant General Counsel     SHEILA M. LIEBER

6                                    Deputy Branch Director
  AMY LUSTIG

7   Attorney

8   United States Department of Education

9
  GARY M. BUFF

10   Associate Solicitor

11   GARY K. STEARMAN         _/s/ James J. Gilligan_
  Senior Attorney               JAMES J. GILLIGAN

12                                    Assistant Director
  United States Department of Labor    United States Department of Justice

13                                    Civil Division
                                   Federal Programs Branch

14   DANIEL MERON              P.O. Box 883
  General Counsel               Washington, D.C.  20044

15                                    (202) 514-3358
  PAULA M. STANNARD       (202) 616-8470 (fax)

16   Deputy General Counsel

17   DAVID BENOR              Attorneys for Defendants United States of
  Associate General Counsel       America; U.S. Department of Labor; Elaine
                                 Chao, in her official capacity as Secretary of

18                                    Labor; U.S. Department of Health and
  MARK MCGINNIS           Human Services; Michael O. Leavitt, in his

19   Senior Attorneys            official capacity as Secretary of Health and
                                   Human Services; U.S. Department of

20   United States Department of      Education; and Margaret Spellings, in her
    Health and Human Services     official capacity as Secretary of Education

21

22

23

24

25

26

27

28