IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.

    Defendant.

No. C 05-00328 JSW

**ORDER DIRECTING PARTIES TO FILE STATUS REPORT**

Plaintiffs, the State of California and the California Superintendent of Public Instruction, filed this action challenging the constitutionality of section 508(d) of the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2005 (the "Weldon Amendment"), which was signed by the President and became law on December 8, 2004. (Complaint, ¶ 12.) Now that Congress has passed a new budget, the Court HEREBY DIRECTS the parties to file a status report by no later than February 1, 2008 addressing whether the Weldon Amendment remains in effect.

**IT IS SO ORDERED.**

Dated: January 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE